**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JACOB KYLE CAMPBELL**                                                    **PLAINTIFF**
**#25174**

**v.**                                    **Case No. 3:24-cv-00087-KGB**

**POINSETT COUNTY JAIL**                                                   **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* plaintiff Jacob Kyle Campbell's complaint is dismissed without prejudice (Dkt. No. 1). Judgment will be entered accordingly.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge