**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JACOB KYLE CAMPBELL**                                                      **PLAINTIFF**
**#25174**

**v.**                                    **Case No. 3:24-cv-00087-KGB**

**POINSETT COUNTY JAIL**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Jacob Kyle Campbell's complaint is dismissed without prejudice (Dkt. No. 1).  The relief sought

is denied.

It is so adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge